IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CR-457-SEP |
| | ) |
| JEREMY CROUCH | ) |
| | ) |
| Defendant. | ) |

**JEREMY CROUCH'S SENTENCING MEMORANDUM**

Jeremy Crouch is sickened by his actions in this case. To this day he is unable to explain why he did these things. He knows that he deeply hurt people who he cared about a great deal and acknowledges his horrifying breach of trust. The shame and self-loathing are overwhelming, and Mr. Crouch feels extremely remorseful for the pain he caused the victims and their families. He looks forward to participating in the therapy and programming he will receive in the Bureau of Prisons and following his release while on lifetime supervision. He is respectfully requesting a sentence of 240 months.

**Early difficulty and lasting effects:**

Jeremy Crouch was subjected to intense bullying during his freshman and sophomore years in high school. This resulted in early use of alcohol to cope; he began drinking around 14 years old. In discussing this experience, Jeremy says that he believes "part of him is still stuck at that age." He was verbally tormented for things like being short and overweight, and the impact was severe and long-lasting. He began experiencing symptoms of anxiety and depression. His stress level was so high that he failed several

classes and had to attend summer school. Jeremy's parents were busy and worked hard, and he never wanted to bother them with his problems.

According to a recent study, "compared with physical bullying and neglect, verbal bullying had the most serious negative effect on adolescent mental health."[1] The study defines bullying as: "intentional and repeated aggressive behavior toward another person in which there is a real or perceived power imbalance, and the victim of bullying feels vulnerable and powerless to protect themselves." This is consistent with what Mr. Crouch experienced; he was a freshman in high school being targeted for abuse by boys who were juniors and seniors. As the youngest of his siblings, he entered high school after his brother and sister had already graduated, so he had no one to stick up for him. Though he confided in his brother about what was going on, he never went to anyone else for help and there wasn't much his brother could do besides offer a sympathetic ear.

While he has been experiencing the symptoms of anxiety and depression since early high school, Mr. Crouch was only recently formally diagnosed. He's always felt like people are watching and judging him. Being in a room unable to see an exit makes him incredibly uneasy. He prefers to sit in places where he can see everything, and never to have his back to the door, which was noted in meetings with counsel and the defense team. He got a lot of stomachaches and headaches. He was scheduled for a dental procedure that required sedation, and his blood pressure was dangerously high, which is a sign of untreated anxiety. He also self-medicated with alcohol, drinking in secret when he was still a teen,

[1] Man, Liu, Xue, Burns & Byun, *Effects of Bullying Forms on Adolescent Mental Health and Protective Factors: A Global Cross-Regional Research Based on 65 Countries*, International Journal of Environmental Research & Public Health, February 2022 (*available at*: https://pmc.ncbi.nlm.nih.gov/articles/PMC8874992/)

sometimes to the point of blacking out. His family and friends expressed concern about his drinking problem.

Mr. Crouch believes he didn't progress as much as he could have at work because of his lingering fear of talking in front of other people. At his job selling auto parts, he often found it difficult to interact with customers; it became easier when he worked his way up to management and was mostly dealing with coworkers. Within the last couple of years it became clear to him that it was not normal to feel like that all the time. At the urging of his mother and older sister, he finally sought treatment and tried several medications for anxiety around age 39. Prior to that had no healthy coping mechanisms; he would go home and drink by himself to disengage.

**Caregiving for serious medical issues:**

In 2006, Mr. Crouch's mother Connie suffered a severe stroke. Jeremy's father John reports that the effects on his wife were overwhelming; she couldn't write, walk or talk and struggled with simple daily tasks like feeding herself. The older Crouch siblings helped when they could, but both were busy with their independent lives while Jeremy still lived at home with his parents. He took responsibility for as much of her ongoing care as he could, without any outside help. This was a difficult time, but Mr. Crouch also recalls moments of joy and laughter shared with his mother through her convalescence.

Jeremy recalls getting up at 4:30am to help his mother through her morning routine before having to be to work at 6am. His mother instilled in him the strong drive to help others, and he wanted to do for her what he had seen her do for so many. He helped her relearn how to complete the simplest daily tasks. He brought her grocery shopping

and called her multiple times a day to check up on her, sometimes even leaving work early to make sure she was okay. Soon after her stroke, Jeremy broke his leg at work and they would go to physical therapy together. Unfortunately, she continued to struggle with her health, and 10 years later doctors discovered she had a number of mini-strokes. These resulted in setbacks to her progress where Jeremy stepped in to help her again however he could. John cried describing the scope of Jeremy's work caring for his mother, and he was proud of how all the children did as much as they could for her.

Then in 2023 came Connie's most devastating diagnosis: amyotrophic lateral sclerosis, or ALS.[2] Jeremy remembers that his mother was having what she thought were some nerve issues with her hands and feet, and increasing mobility problems. When she finally went to a doctor about the symptoms, they determined that she'd probably had the illness for about a year. After her diagnosis, the disease progressed brutally fast. Within just a few weeks she went from mobile to dependent on a wheelchair, quickly losing the ability to move and feed herself.

As a young child, Jeremy remembers that cooking and taking care of people were very important to his mother. She showed her love through the food she made. After she got sick, he would push her into the kitchen in her wheelchair and she would walk him through making her grandmother's treasured recipes. He knew this was important to her and made her feel like she was still a part of family life.

[2] Amyotrophic lateral sclerosis is a neurological disorder that affects the nerve cells in the brain and spinal cord that control voluntary muscle movement and breathing. As these motor neurons degenerate and die, they stop sending messages to the muscles. This causes the muscles to weaken, start to twitch, and waste away. Eventually, in people with ALS, the brain loses its ability to start and control voluntary movements such as walking, talking, chewing and other functions, as well as breathing. ALS is progressive, meaning symptoms get worse over time. (National Institute of Neurological Disorders and Stroke, available at: https://www.ninds.nih.gov/health-information/disorders/amyotrophic-lateral-sclerosis-als)

It was only towards the very end of her life that the family had any real outside help with her care. When it was clear that she did not have much time left, hospice was called to support them through the end. To his eternal shame, Jeremy Crouch was arrested less than two weeks before his mother passed. When he thinks about this, he is very, very angry at himself. He was not able to hold his mother's hand at the end of her life, and was not able to be with his family though this devastating time.

Throughout this period, John Crouch began having his own health problems. He was diagnosed with kidney cancer, and the treatment required strong medications that made him very sick, along with the eventual removal of one of his kidneys. Though he was declared cancer free, a few years later there was a recurrence. During a routine follow-up appointment, John Crouch learned that he had metastatic pancreatic cancer. By the time the cancer was found, it was already stage 4, meaning that it had spread to several other locations in his body.

Throughout this period, Jeremy cared for both of his parents, cooking for them, bringing them to appointments and administering medications. He has continued checking on his dad throughout the time he has been locked up in this case. Jeremy calls his dad daily, and tries to have video chats at least once a week so he can see how he's doing. Seeing the people who raised him go from being the strongest people in the world to not being able to feed themselves was incredibly hard to process. He knows that his actions mean that he will also lose his father while in custody and it keeps him up at night. His mother asked him as she was dying to take care of his dad and he will never forgive himself for letting her down.

**Unique facts of the case:**

There are certain aspects of this case that are somewhat unique. Mr. Crouch doesn't point these things out to minimize his actions, but offers them as the Court considers what is an appropriate sentence here as compared to other similarly situated defendants. The hidden camera videos that Mr. Crouch has admitted to producing were made more than a decade ago. No other self-produced images were found.

Further, while he has admitted to receiving and distributing child pornography, there is no evidence that any of the hidden camera videos were the ones distributed. There is no evidence to suggest that the hidden camera videos were uploaded or posted online. Finally, the parties agreed to a number of enhancements as to the count alleging production of child pornography, but 2G2.1(b)(2) alleging sexual acts or contact is notably absent (Plea Agreement, Doc #42, pg. 13). Consistent with the parties' assessment, and after having reviewed the evidence independently, the probation office agreed (PSR, Doc # 45, pgs. 9-11, ¶¶ 32-51).

**Conclusion:**

Jeremy Crouch hopes to someday be able to forgive himself for what he has done and the harm he has caused with his actions in this case, but right now his ability to do so feels doubtful. He is eager for the insights  he will learn during his sex offender treatment in the Bureau or Prisons, and the support he will be afforded from the United States Probation Office upon his release. Based on the foregoing, he respectfully requests a sentence of 240 months.

/s/*Melissa K. Goymerac*
MELISSA K. GOYMERAC, #83550VA
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Melissa_Goymerac@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2026, the foregoing was filed electronically with the Clerk of the Court to be served through the Court's electronic filing system on the US Attorney.

/s/*Melissa K. Goymerac*
MELISSA K. GOYMERAC
Assistant Federal Public Defender